UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re: Grand Jury Subpoena
dated March 20, 2019
                    Plaintiff(s),    :    20 MC 35 (LAP)

            -against-                :    ORDER

                                     :

                    Defendant(s).    :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than April 8, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 29, 2022

New York, New York